# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REG



TX 5-265-243

*TX0005265243*



EFFECTIVE DATE OF REGISTRATION

JUL 12 2000
Month      Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**   Attorney Docket 792-83

## 1

**TITLE OF THIS WORK ▼**

Computer Program for INTERSTATE BOLD CONDENSED Typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
N/A

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼
N/A

## 2

### a

**NAME OF AUTHOR ▼**

Tobias Frere-Jones

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1970      Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

### b

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

### c

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

### a

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

### b

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 29   Year ▶ 1993
United States of America   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Tobias Frere-Jones
194 Bleeker Street
Suite 3-A
New York, New York 10012

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 12 2000
ONE DEPOSIT RECEIVED
JUL 12 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _T.A.S_

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

N/A                                        N/A

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Frank J. Martinez, Esq., THE MARTINEZ GROUP
55 Poplar Street, Suite 1-D, Brooklyn Heights, New York 11201

**b**

Area code and daytime telephone number ▶ (718) 797-2341                Fax number ▶ (718) 222-0481

Email ▶  FMartlaw@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of

The Font Bureau, Inc.
326 A Street, Suite 610
Boston, Massachusetts  02210
Owner of Exclusive Rights

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Frank J. Martinez, Esq.                                      Date ▶ July 11, 2000

☞   Handwritten signature (X) ▼

X _____

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Frank J. Martinez, Esq. / THE MARTINEZ GROUP                    792-83

Number/Street/Apt ▼
55 Poplar Street, Suite 1-D

City/State/ZIP ▼
Brooklyn Heights, New York 11201

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999          ✿ PRINTED ON RECYCLED PAPER          ✿U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
F

 

TX 5-265-219

*T7-0U05265219*

EFFECTIVE DATE OF REGISTRATION

July 12, 2000
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**     Attorney Docket 792-82

## 1

**TITLE OF THIS WORK ▼**

Computer Program for INTERSTATE REGULAR COMPRESSED Typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼
N/A

## 2

**a**

**NAME OF AUTHOR ▼**

Tobias Frere-Jones

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1970    N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 01    Year ▶ 1995
United States of America    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tobias Frere-Jones
194 Bleeker Street
Suite 3-A
New York, New York 10012

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 12 2000
ONE DEPOSIT RECEIVED
JUL 12 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY  TM

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**6**
a

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

N/A                             N/A

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Frank J. Martinez, Esq., THE MARTINEZ GROUP
55 Poplar Street, Suite 1-D, Brooklyn Heights, New York 11201

b

Area code and daytime telephone number ▶ (718) 797-2341          Fax number ▶ (718) 222-0481

Email ▶ FMartlaw@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of

The Font Bureau, Inc.
326 A Street, Suite 610
Boston, Massachusetts  02210
Owner of Exclusive Rights

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Frank J. Martinez, Esq.                          Date ▶ July 11, 2000

Handwritten signature (X) ▼

X _____

**Certificate**
will be
mailed in
window
envelope
to this
address:

Name ▼
Frank J. Martinez, Esq. / THE MARTINEZ GROUP        792-82

Number/Street/Apt ▼
55 Poplar Street, Suite 1-D

City/State/ZIP ▼
Brooklyn Heights, New York 11201

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

 

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R'

**TX 5-265-218**

*TX0005265218*

EFFECTIVE DATE OF REGISTRATION

July 12, 2000

Month ___ Day ___ Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**    Attorney Docket 792-81

## 1

**TITLE OF THIS WORK ▼**

Computer Program for INTERSTATE REGULAR CONDENSED Typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

N/A

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

N/A

## 2

**a**

**NAME OF AUTHOR ▼**

Tobias Frere-Jones

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1970    N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given in all cases.
1993 ◄ Year

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**    Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 29    Year ▶ 1993
United States of America ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Tobias Frere-Jones
194 Bleeker Street
Suite 3-A
New York, New York 10012

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 12 2000
ONE DEPOSIT RECEIVED
JUL 12 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

EXAMINED BY _TN.Ts_

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**a**

**6**

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼

N/A

**Account Number** ▼

N/A

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Frank J. Martinez, Esq., THE MARTINEZ GROUP
55 Poplar Street, Suite 1-D, Brooklyn Heights, New York 11201

**b**

Area code and daytime telephone number ▶ **(718) 797-2341**                    Fax number ▶ **(718) 222-0481**

Email ▶ **FMartlaw@aol.com**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of

The Font Bureau, Inc.
326 A Street, Suite 610
Boston, Massachusetts 02210
Owner of Exclusive Rights

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Frank J. Martinez, Esq.                    Date ▶ July 11, 2000

☞        Handwritten signature (X) ▼

X _____

**Certificate
will be
mailed in
window
envelope
to this
address:**

| Name ▼ | |
|---|---|
| Frank J. Martinez, Esq. / THE MARTINEZ GROUP | 792-81 |
| Number/Street/Apt ▼ | |
| 55 Poplar Street, Suite 1-D | |
| City/State/ZIP ▼ | |
| Brooklyn Heights, New York 11201 | |

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—380,000
WEB REV: June 1999         ⊕ PRINTED ON RECYCLED PAPER         ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG



TX 5-265-217

*TXU0005265217*

EFFECTIVE DATE OF REGISTRATION

July 12, 2000
Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

Attorney Docket 792-80

**OFFICIAL SEAL** DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Computer Program for INTERSTATE REGULAR Typefont

PREVIOUS OR ALTERNATIVE TITLES ▼
N/A

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼
N/A

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼
N/A

**2**
**a**
NAME OF AUTHOR ▼
Tobias Frere-Jones

DATES OF BIRTH AND DEATH
Year Born ▼ 1970    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼
N/A

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀ Year in all cases.
1993

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 09   Year ▶ 1993
United States of America ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tobias Frere-Jones
194 Bleecker Street
Suite 3-A
New York, New York 10012

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 12 2000
ONE DEPOSIT RECEIVED
JUL 12 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
     • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _TMS_

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**a**

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                Account Number ▼

N/A                N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Frank J. Martinez, Esq., THE MARTINEZ GROUP
55 Poplar Street, Suite 1-D, Brooklyn Heights, New York 11201

Area code and daytime telephone number ▶ (718) 797-2341                Fax number ▶ (718) 222-0481

Email ▶ FMartinez@aol.com

**a**

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of

The Font Bureau, Inc.
326 A Street, Suite 610
Boston, Massachusetts 02210
**Owner of Exclusive Rights**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Frank J. Martinez, Esq.                Date ▶ July 11, 2000

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Frank J. Martinez, Esq. / THE MARTINEZ GROUP                792-80

Number/Street/Apt ▼
55 Poplar Street, Suite 1-D

City/State/ZIP ▼
Brooklyn Heights, New York 11201

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

⊛ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS



## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE




TX 5-265-223

*TX0000S265223*

EFFECTIVE DATE OF REGISTRATION

*July 12, 2000*
Month          Day          Year

OFFICIAL SEAL **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**     Attorney Docket 792-79

---

**1**

**TITLE OF THIS WORK ▼**
Computer Program for INTERSTATE BOLD Typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

N/A

If published in a periodical or serial give:     Volume ▼     Number ▼     Issue Date ▼     On Pages ▼
N/A

---

**2**

**a**

**NAME OF AUTHOR ▼**
Tobias Frere-Jones

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1970          N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ November     Day ▶ 29     Year ▶ 1993
United States of America     ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tobias Frere-Jones
194 Bleecker Street
Suite 3-A
New York, New York 10012

*See instructions before completing this space.*

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
JUL 12 2000
ONE DEPOSIT RECEIVED
JUL 12 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _TMS_    FORM TX

CHECKED BY

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**    a  **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A
_____                                See Instructions
                                                         before completing
Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   this space.
N/A                                                      b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   a  **7**
Name ▼                                   Account Number ▼
N/A                                        N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼   b

Frank J. Martinez, Esq., THE MARTINEZ GROUP
55 Poplar Street, Suite 1-D, Brooklyn Heights, New York 11201

Area code and daytime telephone number ▶ (718) 797-2341          Fax number ▶ (718) 222-0481

Email ▶ FMartlaw@aol.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the    **8**
                                     ☐ author
                          Check only one ▶  ☐ other copyright claimant
                                     ☐ owner of exclusive right(s)
                                     ☑ authorized agent of
The Font Bureau, Inc.
326 A Street, Suite 610
Boston, Massachusetts  02210
Owner of Exclusive Rights
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Frank J. Martinez, Esq.                                  Date ▶ July 11, 2000

☞   Handwritten signature (X) ▼

X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Certificate          Name ▼                                              **9**
will be            Frank J. Martinez, Esq. / THE MARTINEZ GROUP          792-79
mailed in
window             Number/Street/Apt ▼
envelope           55 Poplar Street, Suite 1-D
to this
address:           City/State/ZIP ▼
                   Brooklyn Heights, New York 11201

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order  As of
   payable to Register of Copyrights            July 1,
3. Deposit material                              1999,
MAIL TO                                          the
Library of Congress                              filing
Copyright Office                                 fee for
101 Independence Avenue, S.E.                    Form TX
Washington, D.C. 20559-6000                      is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—300,000          ☺ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R **TX 5-835-098**

EFFECTIVE DATE OF REGISTRATION

**OCT 22 2002**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**  Attorney Docket 792 135

## 1

**TITLE OF THIS WORK ▼**

Computer Programs for BUREAU GROTESQUE Family of Typefonts

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared   Title of Collective Work ▼

N/A

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼
N/A

## 2

### a

**NAME OF AUTHOR ▼**

The Font Bureau, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
N/A   N/A

**Was this contribution to the work a work made for hire?**
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
⎱ Domiciled in ▶ MASS Corp USA

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is Yes see detailed instructions
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No

**NOTE**

Under the law the author of a work made for hire is generally not the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Text of a new computer program created by another computer program entitled 'Fontographer

### b

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a work made for hire?**
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
⎱ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is Yes see detailed instructions
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

### c

**NAME OF AUTHOR ▼**
N/A

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a work made for hire?**
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
⎱ Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is Yes see detailed instructions
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

### a
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
1993

### b
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month ▶ October   Day ▶ 15   Year ▶ 1993
United States of America   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

The Font Bureau Inc
326 A Street Suite 610
Boston Massachusetts 02210

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

**APPLICATION RECEIVED** OCT 22 2002  NOV 24 2002

**ONE DEPOSIT RECEIVED**
OCT 22 2002

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
FOR COPYRIGHT OFFICE USE ONLY

**MORE ON BACK** Complete all applicable spaces (numbers 5 9) on the reverse side of this page
see detailed instructions   Sign the form at line 6

DO NOT WRITE HERE
Page 1 of __ pages

DOCKETED
JAN 2 8 2004
MARTINEZ GROUP

| EXAMINED BY _TMS_ | | FORM TX |
| CHECKED BY | | |
| ☑ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

The computer program  Fontographer  was used to create the text of the subject work

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

New Computer programs text for BUREAU GROTESQUE Family of Typefonts

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                                    Account Number ▼

N/A                                                        N/A

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Frank J  Martinez  Esq  THE MARTINEZ GROUP PLLC
55 Poplar Street  Suite 1 D  Brooklyn Heights  New York 11201 6930

Area code and daytime telephone number ▶ **(718) 797 2341**          Fax number ▶ **(718) 222 0481**

Email ▶ **FM@martinezgroup com**

**b**

**CERTIFICATION**  I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of

The Font Bureau  Inc
326 A Street  Suite 610
Boston  Massachusetts 02210
Owner of Exclusive Rights

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Frank J  Martinez, Esq                                    Date ▶ May 9  2002

Handwritten signature (X) ▼

X _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Frank J  Martinez  Esq  / THE MARTINEZ GROUP PLLC          792 135 | **9** |
| | Number/Street/Apt ▼<br>55 Poplar Street  Suite 1 D | |
| | City/State/ZIP ▼<br>Brooklyn Heights  New York 11201 6930 | |

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money order
    payable to *Register of Copyrights*
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

As of
July 1
1999
the
filing
fee for
Form TX
is $30

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

June 1999—200 000
WEB REV  June 1999

★U S  GOVERNMENT PRINTING OFFICE  1999-454 879/49

## Claim Detail

 **<< Back**

**Claim Id:** 1-41AJQY          **Case #:** 1-244036472

**Title:** Computer Programs for an ANTENNA Family of Type Face Fonts

### All Titles

1 - 1 of 1

| Title of Work | Volume | Number | Issue Date | Type | On Page |
|---|---|---|---|---|---|
| Computer Programs for an ANTENNA Family of Type Face Fonts | | | | Title of work being registered | |

### Publication/Completion

1 - 1 of 1

| Published Work | Year Created | Publication Date | Nation of First Publication | ISN Type | IS Number | Preregistration Number |
|---|---|---|---|---|---|---|
| Yes | 2003 | 12/8/2003 | United States | | | |

### Authors & Contributions (TX)

1 - 1 of 1

| Name | Organization Name | Work For Hire | Doing business as | Citizenship | Domicile | Year of Birth | Year of Death | Anonymous | Pseudonymous | Pseudonym | Text | Editing | Photo | Art | Translation | Compilation | Computer Program | Created Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | THE FONT BUREAU, INC. | Yes | | United States | | | | N | N | | ✔ | | | | | | ✔ | |

### Claimants

1 - 1 of 1

| Name | Organization Name | DBA | Transfer Statement | Transfer Stmt Other | Address |
|---|---|---|---|---|---|
| | THE FONT BUREAU, INC. | | By written agreement | | 50 Mechler Street, Suite 2, Boston, MA, 02210, United States |

### Claim Limitations review (TX)

| Material Excluded | New Material Included | Previous Registration |
|---|---|---|
| Text | Text ✔ | 1st Prev. Reg. # |
| Artwork | Editing | Year |



| | | |
|---|---|---|
| Photograph | Artwork | 2nd Prev. Reg. # |
| Computer Program ✔ | Translation | Year |
| Text of computer program | Compilation | |
| Other entitled Fontographer | Photographs | |
| | Computer Program ✔ | |
| | Other text of new computer programs created through the use of another computer program entitled 'Fontographer'. | |

## Rights & Permissions

| | | | |
|---|---|---|---|
| First Name: | | Organization Name: | THE FONT BUREAU, INC. |
| Middle Name: | | Address 1: | |
| Last Name: | | Address 2: | |
| Email: | | City: | |
| Phone: | | State: | |
| Alternate Phone: | | Postal Code: | |
| | | Country: | |

## Correspondent

| | | | |
|---|---|---|---|
| First Name: | Frank | Organization Name: | THE MARTINEZ GROUP PLLC |
| Middle Name: | J. | Address 1: | 55 Washington Street, |
| Last Name: | Martinez, Esq. | Address 2: | Suite 316 |
| Email: | FM@martinezgroup.com | City: | Brooklyn |
| Phone: | (718) 797-2341 | State: | NY |
| Alternate Phone: | | Postal Code: | 11201 |
| Fax: | (718) 222-0481 | Country: | United States |

## Mail Certificate

| | | | |
|---|---|---|---|
| First Name: | Frank | Organization Name: | THE MARTINEZ GROUP PLLC |
| Middle Name: | J. | Address 1: | 55 Washington Street |
| Last Name: | Martinez, Esq. | Address 2: | Suite 316 |
| | | City: | Brooklyn |
| | | State: | NY |
| | | Postal Code: | 11201 |
| | | Country: | United States |

## Certification

| | |
|---|---|
| Name: | Frank J. Martinez, Esq. |
| Certified: | ✔ |
| Special Handling: | |
| Applicant's Internal Tracking Number: | 792-365 |
| Note to Copyright Office: | The present Work Computer Programs for an ANTENNA Family of Type Face |

Fonts comprises 54 Individual Type Face Fonts in the Adobe Type 1, TrueType and OpenType font formats.

# Single User Font Software License Agreement

## 1. PARTIES & GRANT OF LICENSE

The Font Bureau, Inc. (hereinafter "Licensor") having an office at 50 Melcher Street, Suite #2, Boston, Massachusetts 02210 grants to the purchaser of this typeface package (hereinafter "Licensee") a non-transferable, non-exclusive right to use the Fonts (collectively and hereinafter "Font Software") accompanying this document (hereinafter "Agreement") on a total of not more than one (1) computer and/or Central Processing Unit (CPU).

## 2. TERMINATION

Licensor may terminate this Agreement for any material breach of this Agreement by Licensee upon thirty (30) days written notice to Licensee. The written notice shall identify the alleged breach(es) by Licensee and request a cure. If Licensee fails to cure the breach(es) within the thirty (30) day period, this Agreement shall automatically terminate. Upon termination of this Agreement for any reason, Licensee is required return all original Font Software and any accompanying written material to Licensor. Licensee shall also destroy all copies of the Font Software and certify to Licensor that all copies of the Font Software have been destroyed. In the event of termination due to breach by Licensee, nothing herein shall be construed as a waiver of any of Licensor's rights or remedies under Equity or Law.

## 3. PERMITTED USES AND RESTRICTIONS

Licensee may make one copy of the Font Software for back-up purposes only. The back-up copy must contain all the data contained in the original Font Software. Any back-up copy must prominently display all copyright and trademark notices present on the original Font Software. Except as expressly permitted in this agreement, Licensee agrees not to decompile, reverse engineer, disassemble, modify, in whole or in part, the Font Software, or rent, lease, loan, network, sub-license or distribute the Font Software, in whole or in part, to any third party. Such third parties include, but are not limited to, clients, printers and service bureaus. Licensee agrees not to create derivative works based upon the design embodied in the Font Software or the Font Software itself. Licensee agrees not to reformat the Font Software or regenerate the Font Software in formats not supplied to Licensee by Licensor. Except as permitted herein, Licensee agrees not to copy any written material which may accompany the Font Software.

## 4. EMBEDDING RESTRICTED

(a) Except as may be specifically permitted herein, all embedding and transmission of the Font Software is prohibited. By way of example, not limitation, formats that may contain embedded fonts include, but are not limited to the .pdf (Acrobat), Web Embedding Font Technology

(WEFT), Flash and the TruDoc formats. The Font Software has been created using embedding bits which are intended to prevent editing of a file containing the embedded Font Software. Licensee hereby agrees not change, alter or otherwise modify the Font Software or the embedding bits characteristics of the Font Software. Licensee agrees to exercise its best efforts to prevent the transfer of the Font Software to unauthorized users when embedding the Font Software. (b) Licensee is authorized to create non-editable .pdf formatted documents using the Font Software for the purposes of output printing at a service bureau or printer. (c) Licensee is not permitted to distribute documents using or containing embedded copies of the Font Software on the Internet or for other forms of distribution or downloading to unauthorized users. Such activities require the purchase of a license upgrade. If you wish to publish documents created by the embedding of the Font Software on the Internet or wish to otherwise distribute or make such documents available for downloading to parties not licensed under this Agreement you must contact the Font Bureau to purchase the appropriate license upgrade. (d) Licensee is not permitted to create or distribute to unlicensed parties documents or graphics containing an embedded copy of the Font Software containing a facsimile of the entire or substantially all of the character set of the typeface design embodied in the Font Software.

## 5. ASSIGNMENT

Licensee may not transfer or assign any right granted under this Agreement. In the event of Bankruptcy on the part of Licensee, this Agreement shall automatically terminate.

## 6. ALL RIGHTS RESERVED

The Font Software is the exclusive property of the Licensor. The Font Software contains copyrighted material, trade secrets, proprietary material and may be accompanied with other Confidential Information of the Licensor. The Font Software is protected under the laws of the United States and other International Treaty Provisions. This Agreement shall not be construed as transferring any rights other than those expressly permitted herein. Licensor reserves all copyrights, trademarks and any other form intellectual property rights in and to the Font Software.

## 7. COMPLIANCE WITH LAWS

Licensee shall be responsible for compliance with all laws, foreign and domestic, including but not limited to, all United States laws and regulations relating to the control of exports or the transfer of technology.

## 8. CONFIDENTIALITY

Licensee shall take all reasonable steps to safeguard the Font Software from any unauthorized use, duplication, sublicensing or distribution. Furthermore, Licensee shall retain all Confidential Information furnished by Licensor in connection with or derived from the Font Software in strictest confidence and shall not publish or disclose such Confidential Information at any time

during the term of this Agreement or after its termination. Licensee further agrees that the terms and provisions of this Agreement shall remain Confidential.

# 9. LIMITATION OF LIABILITY

Licensee expressly acknowledges and agrees that use of the Font Software is at Licensee's sole risk. Except as may be otherwise provided for herein, the Font Software and related documentation is provided "AS IS" and without warranty of any kind and Licensor EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. LICENSOR DOES NOT WARRANT THAT THE OPERATION OF THE FONT SOFTWARE WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT THE FONT SOFTWARE IS WITHOUT DEFECTS. THE FONT SOFTWARE IS NOT INTENDED AND WAS NOT DESIGNED OR MANUFACTURED FOR USE IN ANY CIRCUMSTANCES WHERE THE FAILURE OF THE FONT SOFTWARE COULD LEAD TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE. THE FONT SOFTWARE IS NOT FAULT TOLERANT AND IS NOT INTENDED FOR USE IN THE CONTROL OR OPERATION OF PROCESS CONTROL DEVICES OR EQUIPMENT FOR MANUFACTURING, OR FOR USE IN NAVIGATIONAL DEVICES. THE FONT SOFTWARE IS NOT CLOCK SENSITIVE. THE PROPER FUNCTIONING OF THE FONT SOFTWARE IS DEPENDENT UPON THE LICENSEE'S UTILIZATION OF YEAR 2000 (Y2K) COMPATIBLE HARDWARE AND SOFTWARE. UNDER NO CIRCUMSTANCES SHALL LICENSOR BE LIABLE TO LICENSEE OR ANY OTHER PARTY, WHETHER IN CONTRACT OR TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, FOR ANY SPECIAL, CONSEQUENTIAL, OR INCIDENTAL DAMAGES, INCLUDING LOST PROFITS, SAVINGS OR BUSINESS INTERRUPTION AS A RESULT OF THE USE OF THE FONT SOFTWARE EVEN IF NOTIFIED IN ADVANCE OF SUCH POSSIBILITY. Licensor's liability to Licensee shall in no event exceed the replacement cost of the Font Software.

# 10. OTHER LAW

Some jurisdictions do not allow the exclusion or limitation of incidental, consequential, special damages, or implied warranties. ANY IMPLIED WARRANTY OR CONDITION CREATED BY LAW IS ONLY EFFECTIVE FOR THE THIRTY (30) DAY WARRANTY PERIOD. THERE ARE NO WARRANTIES OR CONDITIONS OF ANY KIND AFTER THE THIRTY (30) DAY WARRANTY PERIOD. The exclusions noted above may not apply to you. Otherwise, and to the extent permissible by law, you agree that all implied warranties are not effective for more than thirty (30) days or the shortest period of time allowed by law, which ever is less.

# 11. GOVERNING LAW AND ARBITRATION

The validity, construction, and performance of this agreement shall be governed by the laws of the Commonwealth of Massachusetts without giving effect to its conflict of laws principles.

Licensor and Licensee agree to settle all disputes, controversies, or claims relating to or arising from this Agreement in accordance with the Commercial Arbitration Rules of the American Arbitration Association ("CAAA Rules") in effect as of the Effective Date of this Agreement and in accordance with the applicable laws of the Commonwealth of Massachusetts. All Arbitration Conferences and Hearings will be held in Boston, Massachusetts. In all other circumstances, the parties to this Agreement specifically consent to the jurisdiction of the state and federal courts of Massachusetts over any action arising out of or related to this Agreement. Licensor expressly reserves any and all rights to pursue equitable relief including, but not limited to, temporary restraining orders and preliminary injunctions, irrespective of the CAAA Rules.

# 12. SEVERABILITY

If any provision of this Agreement is declared by a court of competent jurisdiction to be invalid, void or unenforceable, the remaining provisions of this Agreement shall continue in full force and effect, and the invalid provision shall be replaced by Licensor with a valid and enforceable provision that most closely effects the intent of the invalid provision.

# 13. WAIVER

No waiver by either party, whether express or implied, of any provision of this Agreement shall constitute a continuing waiver of such provision or a waiver of any other provision of this Agreement. No waiver by either party, whether express or implied, of any breach or default by the other party, shall constitute a waiver of any other breach or default of the same or any other provision of this Agreement.

# 14. ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between the parties and supersedes all previous agreements, promises, representations and negotiations between the parties concerning the Font Software.

# 15. CAPTIONS

The captions of the sections of this Agreement are for convenience only and shall not control or affect the meaning or construction of any of the terms or provisions of this Agreement.

# Invoice

**FONT BUREAU**

**Invoice Date**    December 6, 1994
**Invoice Number**    941203 RET

**To:**    NBC
41 West 50th St.
New York, NY 10020

**Attn.:**    Greg Catanzarita
**Description:**    Retail Sale
**Our Federal Tax #:**    04-3054118    **P. O. #:**

| Style | Format | License Type | Quantity Sold | Total Sold |
|---|---|---|---|---|
| Interstate - Regular Compressed | Mac Type One | | 1 | $30.00 |
| Interstate - Bold Compressed | Mac Type One | | 1 | $30.00 |
| Interstate - Black | Mac Type One | | 1 | $30.00 |
| Interstate - Black Condensed | Mac Type One | | 1 | $30.00 |
| Interstate - Black Compressed | Mac Type One | | 1 | $30.00 |
| Interstate - Bold | Mac Type One | | 1 | $30.00 |
| Interstate - Bold Condensed | Mac Type One | | 1 | $30.00 |
| Shipping | One Day | | 1 | $10.00 |
| | | | **Invoice Total** | $220.00 |

When you open this sealed package you are agreeing to the enclosed license agreement. Once the seal is broken, you may not return this product. If there is a physical defect with the disk Font Bureau will supply a replacement disk at no additional charge. A 20% restocking fee will be charged for all returns not due to physical defect.

NET 15 DAYS

50 MELCHER STREET, SUITE #2, BOSTON, MA 02210 TELEPHONE: 617-423-8770 FAX: 617-423-8771

# Invoice



| | |
|---|---|
| **Invoice Date** | October 25, 1995 |
| **Invoice Number** | 951018 RET |

**To:** NBC
41 West 50th St., Rm. #936
New York, NY 10020

**Attn.:** Greg Catanzarita
**Description:** Retail Sale
**Our Federal Tax #:** 04-3054118

**P. O. #:**

| Style | Format | License Type | Quantity Sold | Total Sold |
|---|---|---|---|---|
| Clicker Regular | Mac Type One | | 1 | $30.00 |
| Clicker Expert | Mac Type One | | 1 | $30.00 |
| Niagara - Engraved | Mac Type One | | 1 | $30.00 |
| Niagara - Engraved Small Caps | Mac Type One | | 1 | $30.00 |
| Niagara - Solid | Mac Type One | | 1 | $30.00 |
| Niagara - Solid Small Caps | Mac Type One | | 1 | $30.00 |
| Interstate - Light | Mac Type One | | 1 | $30.00 |
| Interstate - Light Compressed | Mac Type One | | 1 | $30.00 |
| Interstate - Light Condensed | Mac Type One | | 1 | $30.00 |
| Interstate - Regular | Mac Type One | | 1 | $30.00 |
| Interstate - Regular Compressed | Mac Type One | | 1 | $30.00 |
| Interstate - Regular Condensed | Mac Type One | | 1 | $30.00 |
| Interstate - Bold | Mac Type One | | 1 | $30.00 |
| Interstate - Bold Compressed | Mac Type One | | 1 | $30.00 |
| Interstate - Bold Condensed | Mac Type One | | 1 | $30.00 |
| Interstate - Black | Mac Type One | | 1 | $30.00 |
| Interstate - Black Compressed | Mac Type One | | 1 | $30.00 |
| Interstate - Black Condensed | Mac Type One | | 1 | $30.00 |
| **Invoice Total** | | | | $540.00 |

When you open this sealed package you are agreeing to the enclosed license agreement. Once the seal is broken, you may not return this product. If there is a physical defect with the disk Font Bureau will supply a replacement disk at no additional charge. A 20% restocking fee will be charged for all returns not due to physical defect.

NET 15 DAYS

# Invoice

**FONT BUREAU** (logo)

**Invoice Date**   January 27, 1998
**Invoice Number**   3980156 RET

**To:**   NBC
41 West 50th St., Rm. #978E
New York, NY 10020

**Attn.:**   Greg Catanzarita
**Description:**   Retail Sale
**Our Federal Tax #:**   04-3054118

**P. O. #: GC980001**

| Style | Format | License Type | Quantity Sold | Total Sold |
|---|---|---|---|---|
| Nobel - Bold | Mac Type One | | 1 | $30.00 |
| Nobel - Bold Condensed | Mac Type One | | 1 | $30.00 |
| Proforma - Book | Mac Type One | | 1 | $30.00 |
| Proforma - Book SC | Mac Type One | | 1 | $30.00 |
| Proforma - Book Italic | Mac Type One | | 1 | $30.00 |
| Proforma - Book Italic SC | Mac Type One | | 1 | $30.00 |
| Proforma - Medium | Mac Type One | | 1 | $30.00 |
| Proforma - Medium SC | Mac Type One | | 1 | $30.00 |
| Proforma - Medium Italic | Mac Type One | | 1 | $30.00 |
| Proforma - Medium Italic SC | Mac Type One | | 1 | $30.00 |
| Proforma - Semi Bold | Mac Type One | | 1 | $30.00 |
| Proforma - Semi Bold SC | Mac Type One | | 1 | $30.00 |
| Proforma - Semi Bold Italic | Mac Type One | | 1 | $30.00 |
| Proforma - Semi Bold Italic SC | Mac Type One | | 1 | $30.00 |
| Proforma - Bold | Mac Type One | | 1 | $30.00 |
| Proforma - Bold SC | Mac Type One | | 1 | $30.00 |
| Proforma - Bold Italic | Mac Type One | | 1 | $30.00 |
| Proforma - Bold Italic SC | Mac Type One | | 1 | $30.00 |
| FB Californian - Roman | Mac Type One | | 1 | $30.00 |
| FB Californian - Italic | Mac Type One | | 1 | $30.00 |
| FB Californian - Bold | Mac Type One | | 1 | $30.00 |
| FB Californian - Expert | Mac Type One | | 1 | $30.00 |
| Roxy Medium | Mac Type One | | 1 | $30.00 |
| Roxy Medium Italic | Mac Type One | | 1 | $30.00 |
| Roxy Black | Mac Type One | | 1 | $30.00 |
| Roxy Black Italic | Mac Type One | | 1 | $30.00 |
| Romeo Medium Condensed | Mac Type One | | 1 | $30.00 |
| Hightower Text Roman | Mac Type One | | 1 | $30.00 |

When you open this sealed package you are agreeing to the enclosed license agreement. Once the seal is broken, you may not return this product. If there is a physical defect with the disk Font Bureau will supply a replacement disk at no additional charge. A 20% restocking fee will be charged for all returns not due to physical defect.

NET 15 DAYS

**Invoice Total**   $840.00

Returning Shows

VIDEO LIBRARY

QUIZ ME  NB

**myNBC HOME  |  PEOPLE  |  BOARDS  |  GROUPS  |  VIDEOS  |  SEARCH**

beta
NBC

age Boards



# Chime In!
## myNBC Message Boards

Go Affordably, Go RVing

To view your free Go RVing video, click here.

WHAT WILL YOU DISCOVER  Go RVi

arch Members Calendar

C

Welcome Guest ( Log In | Register )

| time | Topics | Replies | Last Post Info |
|---|---|---|---|
| **ays of our Lives** ubforums: Salem Spectator, Love in the Afternoon, Salem Place, The Voting Booth orum Led by: nbc_fan, twisted_fate, nbc_modman, Nbc_Troll_Patrol, BooPea78, veryfine_1, ReaRea, eacockPencilPatrol, PeacockPencilPatrol, Mia_Devlin, babyfaith | 36,589 | 945,748 | Today, 11:46 AM **In:** Sami and Rafe **By:** LancyPassions |
| **assions** ubforums: Passions, Passions Red, Passions Vendetta, Tabloid Truth orum Led by: varaxy, nbc_fan, nbc_modman, Nbc_Troll_Patrol, twisted_fate, PeacockPatrol, ReaRea, eacockPencilPatrol | 42,755 | 742,380 | Today, 11:43 AM **In:** The Official Team Theresa T **By:** theresafan21 |

| netime | Topics | Replies | Last Post Info |
|---|---|---|---|
| **0 Rock** 0 Rock orum Led by: AzizaIsaqr, PeacockPatrol, PeacockPencilPatrol | 96 | 2,893 | Aug 29 2009, 08:23 AM **In:** Ask Tina! **By:** NewNeptune |
| **ommunity** orum Led by: DarthSchrute, chazee, Office_holic, Diapers, Officionada, BlueJeanBaby05 | 16 | 15 | Aug 28 2009, 09:41 PM **In:** Media Alerts, Online Content, … **By:** BlueJeanBaby05 |




